Commonwealth *v.* Williams, Appellant.

Submitted December 10, 1971. *Neil Carver,* and *Carver and Steinberg,* for appellant; *Harvey Sernovitz* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Argued December 6, 1971. *Joseph Michael Smith,* with him *F. Emmett Fitzpatrick, Jr.,* and *Fitzpatrick & Smith,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James T. Ranney,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Zabala, Appellant.